**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MIRNA ELIZABETH MARTINEZ
BARRERA,

                Plaintiff,

       v.

COSTCO WHOLESALE
CORPORATION,

                Defendant.

Case No. CV 19-08146-DMG (JCx)

**JUDGMENT**

      This Court having granted Defendant Costco Wholesale Corporation's Motion for Summary Judgment by Order dated October 22, 2021,

      IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiff Mirna Elizabeth Martinez Barrera.

DATED:  October 22, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-